IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 16 2017
Clerk, U S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | PO-17-5017-M-JCL |
|---|---|
| Plaintiff, | CVB VIOLATION NO: F4864380 |
| vs. | |
| MATHEW D. LAVOIE, | JUDGMENT AND SENTENCE |
| Defendant. | |

Defendant appeared before the Court on January 5, 2017, for his arraignment on the above-referenced violation notice charging him with 261.12d Parked boat/trailer blocking/restricting a FS road, a Class B misdemeanor. The Court advised Defendant of the charge, his rights relative to that charge, and the possible penalties. He stated he understood, and he entered a plea of no contest to the charge. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a total of $60.00. Defendant shall make his payment on or before March 30, 2017.

Defendant shall send his payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure proper credit to his violation notice Defendant's payment shall reference the violation notice number identified above.

Alternatively, Defendant may make his payment through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant at, and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **FC** as the disposition code upon its receipt of the payment due.

DATED this 6 day of February, 2017.

*/s/ Jeremiah C. Lynch*
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

JUDGMENT AND SENTENCE - PAGE 2